Filed 22-CI-02774 09/23/2022 Vincent Riggs, Fayette Circuit Clerk

Case 3:22-cv-00553-RGJ   Document 1-1   Filed 10/17/22   Page 1 of 8 PageID #: 4

NOT ORIGINAL DOCUMENT
10/05/2022 08:00:00 AM
84940

AOC-104 Doc. Code: CCCS
Rev. 12-20
Page 1 of 1

Commonwealth of Kentucky
Court of Justice  www.kycourts.gov



**CIVIL CASE COVER SHEET**

Case No. _____
Court  CIRCUIT
County  Fayette
Division _____

FRANCES WHITE _____   PLAINTIFF/PETITIONER

VS.

PATRICK MESSIER _____   DEFENDANT/RESPONDENT

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
   (a Self-Represented *[Pro Se]* Litigant)

Nature of the Case: Place an "X" to the left of the *ONE* case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSO)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (TPR)
☐ Involuntary Termination of Parental Rights (TPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Guardianship-Conservatorship (CONSVA)
☐ Probate-Testate (with a will) (PB)
☐ Probate-Intestate (without a will) (PB)
☐ Petition to Dispense with Administration (PB)
☐ Name Change (NC)
☐ Other: (PBOTH) _____

**BUSINESS / COMMERCIAL**
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____

**TORT** (Injury)
☒ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)
   _____
☐ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH) _____

**REAL PROPERTY**
☐ Property Rights (PR)
☐ Condemnation (DOMAIN)
☐ Forcible Detainer (Eviction) (FD)
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL)
☐ Other: (COOTH) _____

**EMPLOYMENT**
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)
   _____

**CONSUMER**
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH) _____

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH) _____

**MISC CIVIL**
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

Presiding Judge: HON. KIMBERLY BUNNELL (622203)
CCCS : 000001 of 000001

Filed 22-CI-02774 09/23/2022 Vincent Riggs, Fayette Circuit Clerk

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION NO. _____
CASE NO. _____

FRANCES WHITE        PLAINTIFF

vs      **COMPLAINT**

PATRICK MESSIER
[INDIVIDUALLY AND AS AN EMPLOYEE/AGENT
OF LAIDLAW CARRIERS VAN GP INC.]
775 Rue Roger
Ste-Julie, PQ J3E-1M50, CANADA

    Serve:     JAMES DEAN LEIBMAN
                   403 WEST MAIN
                   FRANKFORT KY, 40601

-and-

LAIDLAW CARRIERS VAN GP INC.        DEFENDANTS
21 Kerr Crescent
Puslinch ON N0B 2J0, CANADA

    Serve:     JAMES DEAN LEIBMAN
                   403 WEST MAIN
                   FRANKFORT KY, 40601

*** *** *** *** *** ***

     Comes Plaintiff, **FRANCES WHITE**, by and through counsel, and for her causes of action states as follows:

**PARTIES, JURISDICTION AND VENUE**

1.     Plaintiff **FRANCES WHITE** was at all times relevant a citizen of Woodford County, Kentucky.

2.     Defendant **PATRICK MESSIER (MESSIER)** was at all times relevant a citizen of

Case 3:22-cv-00553-RGJ Document 1-1 Filed 10/17/22 Page 3 of 8 PageID #: 6
Filed 22-CI-02774 09/23/2022 Vincent Riggs, Fayette Circuit Clerk

NOT ORIGINAL DOCUMENT
10/05/2022 07:59:08 AM
84941

Ontario, Canada.

3. Defendant **LAIDLAW CARRIERS VAN GP INC. (LAIDLAW)** is a foreign corporation, with an principal business office in Ontario, Canada, authorized to conduct business in Kentucky. Its registered agent for service of process is James Dean Leibman, 403 West Main, Frankfort KY, 40601.

### COUNT I – COMMON LAW NEGLIGENCE AGAINST MESSIER

4. Plaintiff reaffirms, reiterates, and incorporates the preceding paragraphs as if fully rewritten herein.

5. On March 1, 2021, **FRANCES WHITE** was operating her motor vehicle on Versailles Road near Winners Circle intersection.

6. At the same time and place, a tractor trailer being driven by **Messier** was making a U-turn.

7. **Messier** operated the 2012 Freightliner Cascadia in a negligent, careless, and reckless manner so as to cause a collision with **FRANCES WHITE'S** vehicle.

8. That as a direct and proximate result of **MESSIER'S** negligence, **FRANCES WHITE** sustained temporary and permanent physical and mental injuries, the loss of enjoyment of life, lost wages, and she will continue to suffer such damages in the future. Her injuries are in excess of this Court's jurisdictional limits.

### COUNT II – STATUTORY NEGLIGENCE AGAINST MESSIER

9. Plaintiff reaffirms, reiterates, and incorporates the preceding paragraphs as if fully rewritten herein.

10. **MESSIER** actions constitute violations of various sections and subsections of statutes including, but not limited to, KRS 189.330 and 189.290 and FMCSR 392.2, and constitute negligence *per se* creating a private civil cause of action.

2

Filed Case 3:22-cv-00553-RGJ Document 1-1 Filed 10/17/22 Page 4 of 8 PageID #: 7
22-CI-02774 09/23/2022 Vincent Riggs, Fayette Circuit Clerk

NOT ORIGINAL DOCUMENT
10/05/2022 07:59:08 AM
84941

11. That the injuries sustained by **FRANCES WHITE** are of the type that these statutes seek to prevent, and that such injuries were proximately caused by **MESSIER'S** violation of these statutes.

12. That as a direct and proximate result of **MESSIER'S** violations of Kentucky law, **FRANCES WHITE** sustained the injuries and damages itemized *supra* and incorporated by reference.

### COUNT III: *RESPONDEAT SUPERIOR* AGAINST LAIDLAW

13. Plaintiff reaffirms, reiterates, and incorporates the preceding paragraphs as if fully rewritten herein.

14. Upon information and belief, that on the date and time of the negligent actions of Defendant **MESSIER,** Defendant **LAIDLAW** is, and was the owner of the tractor trailer being operated by Defendant **MESSIER.**

15. That on the date and time of the negligent actions of Defendant **MESSIER**, said Defendant was acting within the course and scope of his employment with Defendant **LAIDLAW.**

16. As a direct and proximate result of the negligence of Defendant **MESSIER** in operating the vehicle in the scope of his employment, the doctrine of *Respondeat Superior* applies and transfers liability to Defendant **MESSIER**.

### COUNT IV: NEGLIGENT HIRING, SUPERVISION, AND RETENTION AGAINST LAIDLAW

17. Plaintiff reaffirms, reiterates, and incorporates the preceding paragraphs as if fully rewritten herein.

18. That Defendant **LAIDLAW** knew or should have known through the use of ordinary care

3

Filed        Case 3:22-cv-00553-RGJ   Document 1-1   Filed 10/17/22   Page 5 of 8 PageID #: 8
22-CI-02774    09/23/2022    Vincent Riggs, Fayette Circuit Clerk

NOT ORIGINAL DOCUMENT
10/05/2022 07:59:08 AM
84941

when it hired Defendant **MESSIER** that said Defendant was a negligent and/or careless driver.

19. That Defendant **LAIDLAW**, upon the use of ordinary care in determining that Defendant **MESSIER** was a negligent and/or careless driver was negligent in retaining Defendant **MESSIER** as an employee and allowing said employee to continue to use its tractor trailer in such a negligent manner so as to cause it to collide with another motor vehicle, thereby causing Plaintiff **FRANCES WHITE** to suffer severe physical and mental injuries.

20. That Defendant **LAIDLAW** has a duty to ensure that its drivers are properly trained, licensed, and qualified to operate commercial vehicles.

21. That Defendant **LAIDLAW** failed to properly train and/or supervise **MESSIER** to safely operate the vehicle that he was driving on the aforementioned date.

22. That as a direct and proximate result of the negligence of Defendant **LAIDLAW** in hiring, supervising, retaining Defendant **MESSIER**, Plaintiff has sustained severe and permanent bodily injury; has incurred and will continue to incur medical bills and expenses in the future; has suffered and will continue to suffer pain, suffering, mental anguish and inconvenience; has incurred lost wages and will continue to lose wages; has suffered loss to property and has incurred a permanent impairment of his power to labor and earn money.

**WHEREFORE**, Plaintiff, **FRANCES WHITE** demands judgment against Defendants **MESSIER and LAIDLAW** in an undetermined amount in excess of this Court's jurisdictional limtis, and in such amount that will fully and justly compensate them for all their injuries; pre-judgment and post-judgment interest as allowed by law; attorney's fees; costs; and any other relief at law, or in equity, to which this Court finds Plaintiff to be entitled.

4

Respectfully submitted,

/s/ Nicholas K. Haynes
Nicholas K. Haynes (91112)
Isaacs & Isaacs, PSC
1601 Business Center Court
Louisville, KY 40299
T: 502.458.1000
F: 502.719.6559
NHaynes@isaacsandisaacs.com
*Counsel for Plaintiff*

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice  *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>10/05/2022<br>8490<br>Case #: **22-CI-02774**<br>Court: **CIRCUIT**<br>County: **FAYETTE** |

*Plantiff,* **WHITE, FRANCES VS. MESSIER, PATRICK ET AL**, *Defendant*

TO: **JAMES DEAN LEIBMAN**
    **403 WEST MAIN**
    **FRANKFORT, KY 40601**

Memo: Related party is LAIDLAW CARRIERS VAN GP INC.

The Commonwealth of Kentucky to Defendant:
**LAIDLAW CARRIERS VAN GP INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Vincent Riggs*

Fayette Circuit Clerk
Date: **9/23/2022**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

---

Summons ID: @00001128066
CIRCUIT: 22-CI-02774 Certified Mail
WHITE, FRANCES VS. MESSIER, PATRICK ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. KIMBERLY BUNNELL (622203)
CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>10/03/2022 ...<br>849... Case #: **22-CI-02774**<br>Court: **CIRCUIT**<br>County: **FAYETTE** |

*Plantiff,* **WHITE, FRANCES VS. MESSIER, PATRICK ET AL**, *Defendant*

TO:  **PATRICK  MESSIER**
     **403 WEST MAIN**
     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**PATRICK  MESSIER**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Vincent Riggs*

Fayette Circuit Clerk
Date: **9/23/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____
                                    Served By

                                  _____
                                    Title

Summons ID: @00001128065
CIRCUIT: 22-CI-02774 Certified Mail
WHITE, FRANCES VS. MESSIER, PATRICK ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. KIMBERLY BUNNELL (62203)
CI : 000001 of 000001